THE STATE v. HURLEY.

*Saturday,
December* 24.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—Charge, selling liquor without license. Motion to quash sustained, and correctly. See *Divine* v. *The State, ante,* p. 240.—*The State* v. *Lockstand, ante,* p. 572. —*Rosenbaum* v. *The State, post* ; and *Brutton* v. *The State, post.*

The judgment is affirmed.

*L. Reilly,* for the state.

*D. Mace* and *W. C. Wilson,* for the defendant.